HARRY L. MIDLER, PLAINTIFF-PETITIONER, v. ABRAHAM M. HEINOWITZ, DEFENDANT-RESPONDENT.

See same case below : 6 *N. J. Super.* 358.

*Mr. Joseph Kraemer* for the petitioner.

*Messrs. Crummy & Consodine* for the respondent.

April 9, 1951.   Granted.

HARDON, INC., PLAINTIFF-RESPONDENT, v. THE BERGENFIELD NATIONAL BANK AND TRUST COMPANY, SUBSTITUTED ADMINISTRATOR OF THE ESTATE OF JULIA SLATER, DECEASED, DEFENDANT-PETITIONER.

See same case below : 11 *N. J. Super.* 329.

*Mr. Clyde Christie* and *Mr. James A. Major* for the petitioner.

*Mr. Louis Liebowitz* and *Mr. Walter G. Winne* for the respondent.

April 9, 1951.   Denied.